RECEIVED
SDNY PRO SE OFFICE
2016 SEP -6 PM 12: 28
S.D. OF N.Y.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT G. LOPEZ, an individual, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 16-CV-5426 (GHW) |
| OOSHIRTS, INC. and TUMBLR, INC. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by Plaintiff, Robert G. Lopez, that the above captioned action is hereby dismissed with prejudice and without Court cost or fees to any party against the other.

Dated: September 6, 2016

**ROBERT G. LOPEZ**

By: _____

Robert G. Lopez -Pro Se Plaintiff
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/16

SO ORDERED:

_____
U.S.D.J.

2

## **CERTIFICATE OF SERVICE**

I, Robert G. Lopez, hereby certify that on September 6, 2016, a copy of the Stipulation of Dismissal was served by email upon Benjamin Acosta at ben@rcjlawgroup.com for Ooshirts, Inc. and, David Caplan at Dcaplan@kilpatricktownsend.com for Tumblr.